160 P.3d 1270

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 30, 2007**

| | | |
|---|---|---|
| 27799 | State v. Kun Ok Cho | Affirmed |

**May 31, 2007**

| | | |
|---|---|---|
| 27651 | Barnett v. State | Affirmed |
| 27354 | State v. Espiritu | Affirmed |
| 28063 | State v. Miles | Affirmed |
| 27826 | State v. Ming Jun Sun | Affirmed |

**June 6, 2007**

| | | |
|---|---|---|
| 27872 | State v. Carvalho | Vacated and Remanded |

**June 15, 2007**

| | | |
|---|---|---|
| 28038 | State v. Beter | Vacated and Remanded |

**June 21, 2007**

| | | |
|---|---|---|
| 27918 | K Children, In re | Affirmed |
| 27890 | Mariano v. St. Francis Medical Center | Affirmed |
| 27849 | State v. Cantiberos | Affirmed |
| 26851 | State v. Paulo-Tamashiro | Affirmed |

**June 22, 2007**

| | | |
|---|---|---|
| 26752 | Hafoka v. State | Affirmed |
| 27499 | Jackson v. State | Affirmed |

**June 25, 2007**

| | | |
|---|---|---|
| 27705 | State v. Hernandez | Reversed |
| 27841 | State v. Lacy | Affirmed |
| 27917 | State v. Yamaguchi | Affirmed |

**June 26, 2007**

| | | |
|---|---|---|
| 25640 | State v. Tam Van Huynh | Affirmed |

**June 28, 2007**